# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR.S. 06-152 DFL
)
MANUEL MIRANDA-ZAMORA )

**FILED**
APR 12 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( X ) Ad Prosequendum          ( ) Ad Testificandum.
Name of Detainee:     MANUEL MIRANDA-ZAMORA

Detained at (custodian):     Sierra Conservation Center Jamestown

Detainee is:   a.)   ( ) charged in this district by:
                     ( X ) Indictment     ( ) Information     ( ) Complaint
                     Charging Detainee With: Deported Alien Found in the United States

or      b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.)   ( ) return to the custody of detaining facility upon termination of proceedings
       or      b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
is                    currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature:    /s/ Michael M. Beckwith
Printed Name & Phone No:   MICHAEL M. BECKWITH/916-554-2797
Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS
( X ) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH,** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

4/11/06                                     /s/ Dale A. Drozd
Date                                        United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Alberto Velez | Male X | Female |
| Booking or CDC #: | P94092 | DOB: | |
| Facility Address: | 5100 O'byrnes Ferry Road | Race: | |
| | Jamestown, CA 93210 | FBI #: | 408043JA5 |
| Facility Phone: | 209-984-5291 | | |
| Currently Incarcerated For: | | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____     _____
                                               (Signature)