```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700              OK/HAV

Attorney for Defendant
MANUEL MIRANDA-ZAMORA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          ) <br>  Plaintiff, )<br>          )<br>     v.   )<br>          )<br>MANUEL MIRANDA-ZAMORA, )<br>          )<br>  Defendant. )<br>          )<br>_____ ) | Case No. CR.S-06-152-DFL<br><br>**STIPULATION AND ORDER**<br>DATE: June 29, 2005<br>TIME: 10:00.a.m.<br>JUDGE: Hon. David F. Levi |

    It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, MANUEL MIRANDA-ZAMORA by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for June 8, 2006 be rescheduled for Thursday, June 29, 2006 at 10:00 a.m.

    This continuance is being requested because the probation office has not yet finished the pre-plea probation report in this fast-track case.  The officer has indicated to defense counsel that the report will be available on June 27, 2006.  Accordingly, both counsel would like to set this matter after the report is distributed to allow counsel to discuss plea options and provide the information to the Court.

1    Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for June 29, 2006,
3 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).
5 DATED:    June 7, 2006          Respectfully submitted,
6                                 DANIEL J. BRODERICK
                                  Federal Defender
7
8                                 /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
9                                 Assistant Federal Defender
                                  Attorney for Defendant
10                                MANUEL MIRANDA-ZAMORA
11
12                                McGREGOR W. SCOTT
                                  United States Attorney
13
14
   DATED:   June 7, 2006          /s/ Rachelle Barbour for
15                                MICHAEL BECKWITH
                                  Assistant U.S. Attorney
16
17 _____**O R D E R**

18    **IT IS SO ORDERED.**
19
   DATED: 6/8/2006
20

                                  _____
                                  DAVID F. LEVI
                                  United States District Judge

**2**