```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700            OK/HAV

Attorney for Defendant
MANUEL MIRANDA-ZAMORA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   Case No. CR.S-06-152-DFL
          Plaintiff,         )
                             )   STIPULATION AND ORDER
     v.                      )   DATE: August 10, 2005
                             )   TIME: 10:00.a.m.
MANUEL MIRANDA-ZAMORA,       )   JUDGE: Hon. David F. Levi
                             )
          Defendant.         )
                             )
_____)
```

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, MANUEL MIRANDA-ZAMORA by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for June 19, 2006 be rescheduled for Thursday, August 10, 2006 at 10:00 a.m.

This continuance is being requested because defense counsel has just received a pre-plea probation report from the probation office and a plea agreement from the prosecutor and needs additional time to present those documents to the defendant, discuss them with him, and provide them to the Court for the next available court date.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for August 10, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED:   June 27, 2006           Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MANUEL MIRANDA-ZAMORA



                                 McGREGOR W. SCOTT
                                 United States Attorney



DATED:   June 27, 2006           /s/ Rachelle Barbour for
                                 MICHAEL BECKWITH
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 6/29/2006


                                 _____
                                 DAVID F. LEVI
                                 United States District Judge