```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                           OK/HAV

Attorney for Defendant
MANUEL MIRANDA-ZAMORA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-06-152-DFL |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | DATE: August 10, 2005 |
| ) | TIME: 10:00.a.m. |
| MANUEL MIRANDA-ZAMORA, ) | JUDGE: Hon. David F. Levi |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, MANUEL MIRANDA-ZAMORA by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for August 10, 2006 be rescheduled for Thursday, August 17, 2006 at 10:00 a.m.

    This continuance is being requested because defense counsel needs additional time to discuss the pre-plea probation report and plea agreement with the defendant.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 17, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to

1 prepare] (Local Code T4).

2 DATED:   August 9, 2006            Respectfully submitted,

3                                    DANIEL J. BRODERICK
                                     Federal Defender
4

5                                    /s/ Rachelle Barbour
                                     RACHELLE BARBOUR
6                                    Assistant Federal Defender
                                     Attorney for Defendant
7                                    MANUEL MIRANDA-ZAMORA

8

9                                    McGREGOR W. SCOTT
                                     United States Attorney
10

11
   DATED:   August 9, 2006            /s/ Rachelle Barbour for
12                                    MICHAEL BECKWITH
                                      Assistant U.S. Attorney
13

14                                  **O R D E R**

15      **IT IS SO ORDERED.**

16
   DATED: 8/9/2006
17

18

19                                   _____
                                     DAVID F. LEVI
20                                   United States District Judge

21

22

23

24

25

26

27

28

**2**